UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CESAR ARAMBULA,<br><br>    Defendant. | NO.  21-CR-107 JCC<br><br>MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

COMES NOW the Defendant, CESAR ARAMBULA, by and through his attorneys of record, NEWTON AND HALL, ATTORNEYS AT LAW, PLLC, and through undersigned counsel, ARTURO D. MENÉNDEZ, and submits this MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL. In furtherance thereof, Mr. Arambula submits the following:

1. Mr. Arambula has contracted with the law firm of Newton and Hall, Attorneys at Law, PLLC, for representation in this above-captioned matter.

2. Undersigned counsel, Arturo D. Menendez, has met with Mr. Arambula and he is an agreement with the withdrawal of CJA-appointed counsel, Mr. Kenneth Thierren, and substitution of counsel with Mr. Arturo D. Menendez.

MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

3. Undersigned counsel Arturo D. Menendez has discussed withdrawal and substitution of counsel with Mr. Therrien, who has endorsed the motion below.

RESPECTFULLY SUBMITTED this ___ day of JULY 2021.

/s/ ARTURO D. MENENDEZ
Arturo D. Menendez | WSBA No. 43880
Substituting Attorney for Mr. Arambula
arturo@newtonandhall.com

Kenneth D. Therrien | WSBA No. 20291
Withdrawing Attorney for Mr. Arambula
kentherrien@msn.com

CESAR ARAMBULA
Defendant

MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800