UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CESAR ARAMBULA,<br><br>　　　　　　Defendant. | CASE NO. CR21-107RSM<br><br>ORDER ON MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

THE COURT having reviewed the unopposed Motion for Withdrawal and Substitution of Counsel by defendant Cesar Arambula (Dkt #52), hereby GRANTS the motion. The appointment of attorney Kenneth Thierren is terminated and Arturo Menendez is allowed to appear as counsel of record for defendant Cesar Arambula.

DATED this 20th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER- 1