HON. RICARDO MARTINEZ

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**CESAR ARAMBULA,**<br><br>**Defendant.** | **NO. 21-CR-107 RSM**<br><br>**ORDER RESETTING NOTING DATE FOR GOVERNMENT'S MOTION FOR ENTRY OF PROTECTIVE ORDER** |

**ORDER**

THIS MATTER comes before the Court on an Agreed Motion to Reset the Noting Date of the Government's Motion for Protective Order from December 24th, 2021, to January 21st, 2022. The Court, having reviewed the motion and records before it, directs the clerk to reset the noting date to January 21, 2022.

SO ORDERED this 6th day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ ARTURO D. MENENDEZ
Arturo D. Menendez | WSBA No. 43880
Counsel for Mr. Arambula

**ORDER RESETTING NOTING DATE FOR GOVERNMENT'S**
**MOTION FOR ENTRY OF PROTECTIVE ORDER**