The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. CESAR ARAMBULA,<br>2. JORGE AGUILAR DURAN, and<br>3. RAUL BARRETO BEJINES,<br><br>Defendants. | NO. CR21-107-RSM<br><br>**PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Restraining Certain Forfeitable Property ("Motion"), of the following property:

1. $44,848.00 U.S. Currency seized on or about June 30, 2021, from various locations at 1119 W Sam St, Kent, WA 98032, the residence of Cesar Arambula ("Subject Property 1");

2. One 1968 Chevrolet El Camino, Washington license plate: LEM493H, VIN: 136808Z131569, seized on or about June 30, 2021 from 1119 W. Sam St, Kent, WA 98032, the residence of Cesar Arambula ("Subject Property 2");

Protective Order to Restrain Forfeitable Property - 1
*United States v. Arambula, et al,* CR21-107-RSM

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. One Maverick Arms 88 12-gauge Shotgun, S/N: MV0424806 and associated ammunition, seized on or about June 30, 2021 from 1119 W Sam St, Kent, WA 98032, the residence of Cesar Arambula ("Subject Property 3");

4. $1,093.00 U.S. Currency seized on or about June 30, 2021 from 18760 NE 59th Court, Apt. H1059, Redmond, WA 98052, the residence of Raul Barreto Bejines ("Subject Property 4");

5. $4,701.00 U.S. Currency seized on or about June 30, 2021, from 18760 NE 59th Court, Apt H1059, Redmond, WA 98052, the residence of Raul Barreto Bejines ("Subject Property 5"); and

6. $32,558 in United States currency, seized on or about November 16, 2020, at 201 Mountain Park Blvd SW #C-202, Issaquah, from Jorge Aguilar Duran ("Subject Property 6").

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and supporting Declaration of Federal Bureau of Investigation ("FBI") Special Agent ("SA") Shawna McCann, hereby FINDS entry of a protective order restraining the above-identified property (hereafter, the "Subject Property") is appropriate because:

- The United States gave notice of its intent to pursue forfeiture pursuant to 21 U.S.C. § 853 and 18 U.S.C. §924(d)(1), by way of 28 U.S.C. § 2461(c), in the Indictment (Dkt. No. 1);
- The United States also gave notice of its intent to pursue forfeiture in the Forfeiture Bill of Particulars and specifically identified Subject Properties 1-6 (Dkt. No. 65);
- Based on the facts set forth in SA McCann's Declaration, there is probable cause to believe the Subject Property is subject to forfeiture in this case; and
- To ensure the Subject Property remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

Protective Order to Restrain Forfeitable Property - 2
*United States v. Arambula, et al,* CR21-107-RSM

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Property pending the conclusion of this case is GRANTED; and

2. The Subject Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this 28th day of February, 2021.

 RICARDO S. MARTINEZ
 CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-2242
E-mail: krista.bush@usdoj.gov

Protective Order to Restrain Forfeitable Property - 3
*United States v. Arambula, et al,* CR21-107-RSM

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970