The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CESAR ARAMBULA, <br><br> Defendant. | NO. CR21-107 RSM <br><br> ORDER TO SEAL EXHIBITS 2, 3, AND 4 |

Having reviewed the Government's Motion to Seal and because of the sensitive and personal information contained in Exhibit 2 (Bond Revocation Hearing Transcript), Exhibit 3 (Doe Interview Report), and Exhibit 4 (Doe Presentence Report) to the Government's Sentencing Memorandum, it is hereby ORDERED that the Exhibits shall remain sealed.

DATED this 14th day of September, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

Order to Seal Exhibits 2, 3, and 4 - 1
*United States v. Arambula* / CR21-107 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970