The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CESAR ARAMBULA, *et al.*, <br><br> Defendants, <br><br> MARIA ARAMBULA, <br><br> Third Party Petitioner. | NO. CR21-107-RSM <br><br> **ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR AMENDED SCHEDULING ORDER TO GOVERN A THIRD-PARTY PETITION** |

THIS MATTER comes before the Court on the United States' Unopposed Motion for Amended Scheduling Order to Govern a Third-Party Petition.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, including the relevant petition (Dkt. No. 173), hereby finds entry of an order setting an amended discovery schedule, a motions deadline, and a hearing date is appropriate. The Court may permit discovery and entertain motions related to a third-party petition pursuant to Federal Rule of Criminal Procedure 32.2(c)(1) and, to the extent an evidentiary hearing on a third-party petition is required, the Court conducts that hearing pursuant to 21 U.S.C. § 853(n)(2) and (4) - (6).

//

Amended Scheduling Order to Govern Third-Party Petition- 1
*United States v. Arambula,* CR21-107-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1) The United States and Maria Arambula (collectively, the "Parties") may engage in discovery related to the identified petition. The discovery period closes on **May 3, 2024;**

2) Thereafter, the Parties shall file any dispositive motions no later than **July 19, 2024**; and

3) If necessary, an evidentiary hearing will be held on the identified petition at 10:00 AM on September 26, 2024.

IT IS SO ORDERED.

DATED this 23rd day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Krista.Bush@usdoj.gov

Amended Scheduling Order to Govern Third-Party Petition- 2
*United States v. Arambula,* CR21-107-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970