The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-107-RSM |
| Plaintiff, | |
| v. | |
| CESAR ARAMBULA, et al., | **ORDER DISMISSING THIRD-PARTY PETITION OF MARIA ARAMBULA** |
| Defendants, | |
| and | |
| MARIA ARAMBULA, | |
| Third Party Petitioner. | |

THIS MATTER comes before the Court on the United States' Motion to Dismiss Third-Party Petition of Maria Arambula ("Petition"), pursuant to Federal Rules of Criminal Procedure 32.2(c)(1)(A), to $44,848 in U.S. currency, preliminarily forfeited in this case.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS:

- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rules of Criminal Procedure 32.2(b)(6)(C). Dkt. No. 130.

Order Dismissing Third-Party Petition - 1
*United States v. Arambula, et al.,* CR21-107-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

//

- The United States provided direct notice to three potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A). *See* Declaration of AUSA Krista K. Bush in Support of Motion to Dismiss Third-Party Petition of Maria Arambula ("Bush Decl.") ¶ 5, Exhibits A–C;
- Third-Party Petitioner Maria Arambula filed a petition in the ancillary proceeding claiming an interest in the Subject Currency. Dkt. No. 173.
- No other Third-Party Petitions have been filed in this matter and the period in which to do so has expired.
- The Petition is deficient as a matter of law and may be dismissed.
- The Petition fails to satisfy 21 U.S.C. § 853(n)(3)'s requirements to "set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought." *See* 21 U.S.C. § 853(n)(3).
- The Petition also fails to allege sufficient facts which, if assumed to be true, would state a cognizable claim under 21 U.S.C. § 853(n)(6).

//

//

//

//

//

Order Dismissing Third-Party Petition - 2
*United States v. Arambula, et al.,* CR21-107-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

//

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to Federal Rule of Criminal Procedure 32(c)(1)(A), and Federal Rule of Civil Procedure 12(b), the Court hereby DISMISSES Third-Party Petitioner Maria Arambula's Petition, Dkt. No. 173, with prejudice.

IT IS SO ORDERED.

DATED this 27th day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Krista.Bush@usdoj.gov

Order Dismissing Third-Party Petition - 3
*United States v. Arambula, et al.,* CR21-107-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970