The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR ARAMBULA,<br><br>Defendant. | NO. CR21-107-RSM<br><br>**FINAL ORDER OF FORFEITURE ($44,848 IN U.S. CURRENCY)** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture for the following property (the "Subject Currency"):

1. $44,848 in U.S. currency.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture concerning the Subject Currency is appropriate for the following reasons:

1. In the Plea Agreement Defendant Arambula entered on December 8, 2022, he agreed to forfeit the Subject Currency, which he admitted is proceeds of, or property used to facilitate, his *Conspiracy to Distribute Controlled Substances* offense, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846, to which he entered a guilty plea (Dkt. No. 119);

Final Order of Forfeiture (Currency) - 1
*United States v. Arambula;* CR21-107-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. On January 3, 2023, the Court entered a Preliminary Order of Forfeiture, finding the Subject Currency, as well as other property not at issue in this motion, forfeitable pursuant to 21 U.S.C. § 853(a) and forfeiting the Defendant's interest in it (Dkt. No. 124);

3. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 130), and provided direct notice to three identified potential claimants (Declaration of AUSA Krista K. Bush in Support of Motion to Dismiss Petition of Maria Arambula, Dkt. No. 192); and,

4. The time period for filing third-party petitions has expired and the only claim filed to the Subject Currency has been dismissed (Dkt. No. 196).

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Currency exists in any party other than the United States;

2. The Subject Currency is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Currency in accordance with the law.

IT IS SO ORDERED.

DATED this 16th day of October, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture (Currency) - 2
*United States v. Arambula;* CR21-107-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2  Presented by:
3
4  *s/Krista K. Bush*
5  KRISTA K. BUSH
   Assistant United States Attorney
6  United States Attorney's Office
   700 Stewart Street, Suite 5220
7  Seattle, WA 98101
8  (206) 553-2242
   Fax: 206-553-6934
9  Krista.Bush@usdoj.gov
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Final Order of Forfeiture (Currency) - 3
*United States v. Arambula;* CR21-107-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970